UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Secretary of Labor Martin J. Walsh

    v.

Belko Landscaping, LLC, et al.

Case No. 22-cv-158-JL

JUDGMENT

Judgment is hereby entered in accordance with the Consent Judgment and Order by Judge Joseph N. Laplante dated May 9, 2022.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: May 10, 2022

cc:   Sheila A. Gholkar, Esq.